UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALFRED MOON, ALFRED MOON, JR.,
CHERYL MOON and MEGAN WHITE,

    Plaintiffs/Counter-Defendants,

v.                                                CASE NO. 8:13-cv-02782-EAK-EAJ

MEDICAL TECHNOLOGY ASSOCIATES, INC.

    Defendant/Counter-Claimant.
_____/

## JOINT NOTICE OF SETTLEMENT

In accordance with Local Rule 3.08(a), and in light of pending court deadlines, Plaintiffs/Counter-Defendants, Alfred Moon, Alfred Moon, Jr., Cheryl Moon, and Megan White and Defendant/Counter-Claimant, Medical Technology Associates, Inc., ("MTA") notify the Court that the parties have reached an agreement to resolve all claims in the above-referenced matter, the agreement has been reduced to writing, and is being circulated for execution.  MTA will be filing an Unopposed Motion to Release Bond and, upon entry of an order on that Motion, the parties will file a Joint Stipulation for Dismissal with Prejudice.

Dated this 15th day of May, 2015.

s/ Jonathan Pollard                                  s/ M. Susan Sacco

| | |
|---|---|
| Jonathan E. Pollard | M. Susan Sacco |
| Florida Bar No. 83613 | Florida Bar No. 341721 |
| JONATHAN POLLARD, LLC | FORD & HARRISON LLP |
| 401 East Las Olas Blvd., Suite 14700 | 300 South Orange Avenue, Suite 1300 |
| Fort Lauderdale, FL  33301 | Orlando, FL  32801 |
| (954) 332-2380  Telephone | (407) 418-2300  Telephone |
| (866) 594-5731 | (407) 418-2327  Facsimile |
| Attorneys for Plaintiffs | Attorneys for Defendant |

-2-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 15, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: Jonathan E. Pollard, Attorney for Plaintiff, jpollard@pollardllc.com.

s/M. Susan Sacco<br>
M. Susan Sacco

WSACTIVELLP:7580939.1